IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                              No. 4:12-cr-70-DPM-5

**CALLIE A. PORTER**                                              **DEFENDANT**

### ORDER

Porter does not oppose the Government's motion to dismiss the original indictment and first superseding indictment as to her. The motion, *Document No. 110*, is therefore granted. All charges against Porter are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2012